## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.

D-1   LAWRENCE DAVIS,

      Defendant.

Case:2:17-cr-20439
Judge: Michelson, Laurie J.
MJ: Grand, David R.
Filed: 06-27-2017 At 11:25 AM
INDI USA V LAWRENCE DAVIS (LG)

VIOLATIONS:
    21 U.S.C. § 841(a)(1)
    21 U.S.C. § 841(b)(1)(C)

_____/

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

*21 U.S.C. § 841(a)(1) - Distribution of Controlled Substance*

D-1   LAWRENCE DAVIS

That on or about September 19, 2016, in the Eastern District of Michigan, Southern Division, the defendant, LAWRENCE DAVIS, did knowingly and intentionally distribute a controlled substances to C.V.; in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further

alleged that the controlled substance involved was a mixture and substance containing a detectable amount of fentanyl, which is a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that on OR ABOUT September 19-20, 2016, the death of another person, C.V., whose identity is known to the Grand Jury, resulted from the use of the controlled substance so distributed by LAWRENCE DAVIS.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DANIEL L. LEMISCH
Acting United States Attorney

*s/Mark S. Bilkovic*
Mark S. Bilkovic
Assistant United States Attorneys
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9623

Dated: June 27, 2016

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Co**v** | Case:2:17-cr-20439<br>Judge: Michelson, Laurie J.<br>MJ: Grand, David R.<br>Filed: 06-27-2017 At 11:25 AM<br>INDI USA V LAWRENCE DAVIS (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials: _signature_ |

Case Title: USA v. D-1 Lawrence Davis

County where offense occurred: Wayne

Check One:    ☒ Felony          ☐ Misdemeanor          ☐ Petty

    ____Indictment/____Information --- **no prior complaint.**
    ✓ Indictment/____Information --- based upon prior complaint [Case number: 17-30170  ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 27, 2017
    Date

_signature_
Mark Bilkovic
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9623
Fax:    313-226-3265
E-Mail address: Mark.Bilkovic@usdoj.gov
Attorney Bar #: P48855

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.