STATE OF MICHIGAN

IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

PEOPLE OF THE *UNITED STATES OF AMERICA*,
    Plaintiff,

vs.                      2:17-cr-20439-LJM-DRG
                         HON. LAURIE J. MICHAELSON

LAWRENCE DAVIS,
    Defendant,
_____/
DAVID J. KRAMER (P 46342)
Attorney for Defendant
42400 Grand River Ave., Suite 109
Novi, Michigan 48375
(248) 348-7400
_____/

## **MOTION TO WITHDRAW AS COUNSEL**

NOW COMES the above-named Attorney, David J. Kramer, and for his Motion To Withdraw as Counsel states as follows:

1.    The Defendant hired the undersigned attorney and the undersigned attorney negotiated a plea for the Defendant, had numerous conversations with the Defendant and went to court for the Defendant.

2.    The Defendant has failed and neglected to fulfill his obligations to his attorney or to take his attorney's advice.

3.    The relationship between attorney and client has broken down to the extent that it cannot be repaired.

WHEREFORE, Defendant's attorney respectfully requests that

this Honorable Court enter an order allowing Defendant's attorney to withdraw as counsel

                                  Respectfully submitted,

                                  /s/ David J. Kramer
                                DAVID J. KRAMER (P46342)
                                Attorney for Defendant
                                42400 Grand River Avenue, Suite 109
                                Novi, Michigan 48375
                                (248)-348-7400

Dated: May 9, 2018

**PROOF OF SERVICE**
The undersigned certifies that a copy of
the foregoing instrument was served upon
the attorneys of record of all parties and all
parties to theabove cause, by mailing
 the same to them
at their respective addresses as disclosed
by the pleadings herein, with postage fully
prepaid thereon on May 9, 2018
  /s/ David J. Kramer
David J. Kramer